

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2018

No. 04-18-00675-CV

**IN THE INTEREST OF N.M.R. AND A.P.R.N., CHILDREN**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02765
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights to the children, the reporter's record was due on October 1, 2018. *See* TEX. R. APP. P. 35.1(b).

On October 8, 2018, court reporter Elva G. Chapa filed a notification of late reporter's record. She indicated her other duties preclude her from working on the record, and she expects to file the record by October 18, 2018.

The reporter's motion for extension of time to file the reporter's record is GRANTED. **The reporter's record must be filed with this court by October 18, 2018.** *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

The child's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and any further delays in obtaining the reporter's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court